UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HENRY SANTIAGO,

    Plaintiff,

v.       Case No.: 0:21-cv-61584

TRANSWORLD SYSTEMS INC.,

    Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, Transworld Systems Inc. (TSI), through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Date: August 9, 2021      Respectfully submitted,

    */s/ Ashley Wydro*
    Ashley Wydro, Esq.
    Florida Bar No. 0106605
    Dayle M. Van Hoose, Esq.
    Florida Bar No. 0016277
    SESSIONS, ISRAEL & SHARTLE, L.L.C.
    3350 Buschwood Park Drive, Suite 195
    Tampa, Florida 33618
    Telephone: (813) 440-5327
    Facsimile: (877) 334-0661
    awydro@sessions.legal
    dvanhoose@sessions.legal

*Counsel for Defendants,*
*Transworld Systems Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 9th day of August, 2021, a copy of the foregoing was filed electronically via CM/CEF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
jibrael@jibraellaw.com
tom@jibraellaw.com

*/s/ Ashley Wydro*
Attorney