UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61584-CIV-SMITH

HENRY SANTIAGO,

    Plaintiff,

v.

TRANSWORLD SYSTEMS INC.,

    Defendant.
_____/

### NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on the Defendant's Notice of Pending Settlement [DE 3], indicating that this matter has been settled in full. Upon consideration, it is hereby

**ORDERED** that

1. The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **August 27, 2021.** Failure to comply with this Order may result in the final dismissal of this case.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of August, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record